Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Ernesto Gomez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GOMEZ,<br><br>          Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | No. 8:23-cv-01284-MRW<br><br>[~~PROPOSED~~] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN HUNDRED FORTY-EIGHT DOLLARS and THIRTY-SIX CENTS ($748.36), and costs under 28 U.S.C. § 1920, in the amount of FOUR

/ / /
/ / /
/ / /
/ / /

1

1  HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of
2  the above-referenced Stipulation.

    Dated:   12/14/23

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE